UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCEL E. CHAPMAN,<br><br>    Plaintiff,<br><br>v.<br><br>CARLOS G. BOLANOS, et al.,<br><br>    Defendants. | Case No. 22-cv-00808-HSG<br><br>**ORDER OF DISMISSAL** |

On February 8, 2022, Plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983.  Dkt. No. 1.  That same day, the Clerk of the Court informed Plaintiff that this action was deficient because Plaintiff had not paid the filing fee or filed an application to proceed *in forma pauperis*.  Dkt. No. 3.  Plaintiff was instructed to respond within twenty-eight days of the date of the order.  Dkt. No. 3.  The deadline has passed, and Plaintiff has neither paid the filing fee nor filed an application to proceed *in forma pauperis*.  The Court therefore DISMISSES this action without prejudice.  Because this dismissal is without prejudice, Plaintiff may move to reopen the action.  Any such motion must be accompanied by either the filing fee or an *in forma pauperis* application on the proper form with the required supporting documents.  The Clerk shall enter judgment in favor of Defendants and close the file.

    **IT IS SO ORDERED.**

Dated: 3/10/2022

                                                     HAYWOOD S. GILLIAM, JR.
                                                   United States District Judge